# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHEMONT NORTH AMERICA, INC. d/b/a IWC SHAFFHAUSEN, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-02313-AJB-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED THAT, Plaintiff Julissa Cota and Defendant Richemont North America, Inc. d/b/a IWC Schaffhausen's joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims and enter a dismissal without prejudice as to the claims of any absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear her or its own costs, experts' fees, and attorneys' expenses.

IT IS SO ORDERED.

Dated: June 25, 2021

Hon. Anthony J. Battaglia
United States District Judge